WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: bpruitt@lvnvlaw.com
Email: jsliker@lvnvlaw.com
*Attorneys for Defendant*
*Dollar General Corporation*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

*****

| | |
|---|---|
| HANNAH WILLIAMS, an individual; | Case No.: 2:14-cv-00610-RFB-PAL |
| Plaintiff, | |
| vs. | **STIPULATION TO REMAND CASE TO STATE COURT ARBITRATION PROGRAM** |
| DOLLAR GENERAL CORPORATION, a Foreign Corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive; | |
| Defendants. | |

HANNAH WILLIAMS ("Plaintiff") and DOLLAR GENERAL CORPORATION ("Defendant"), through their undersigned counsel of record, stipulate as follows:

1. On March 24, 2014, Plaintiff commenced an action in the District Court, Clark County, Nevada entitled Hannah Williams vs. Dollar General Corporation, a Foreign Corporation, as Case No. A-14-698089-C.

2. On April 21, 2014, Defendant filed a Petition for Removal of the action pursuant to 28 U.S.C. Sections 1332(a)(1), 1441 and 1446.

3. Also on April 21, 2014, Defendant completed the removal process by filing its Notice of Removal with the District Court, Clark County, Nevada.

4. On May 9, 2014, Plaintiff filed her Motion to Remand, requesting that the matter be remanded back to the state court. No ruling has been rendered to date on Plaintiff's Motion.

1

5. This Stipulation renders moot all pending motions before this court.

6. After some discussion, the parties have agreed that the action should be remanded to back to the District Court, Clark County, Nevada and placed in the Arbitration Program.

DATED this 8th day of September, 2015.

| LAW OFFICES OF STEVEN M. BURRIS | BARRON & PRUIT, LLP |
|---|---|
| STEVEN M. BURRIS, ESQ.<br>Nevada Bar No. 0603<br>MICHAEL A. KONING, ESQ.<br>Nevada Bar #0280<br>2810 W. Charleston Blvd., #F-58<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff* | WILLIAM H. PRUITT, ESQ.<br>Nevada Bar No. 6783<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar #12493<br>3890 W. Ann Road<br>North Las Vegas, NV  89031<br>*Attorneys for Defendant* |

## ORDER

Good cause appearing, IT IS SO ORDERED that:

1. This action be remanded to the Arbitration Program of the District Court, Clark County, Nevada; and

2. All pending motions before this Court are rendered moot.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 16th day of September, 2015.

2